final appraisement was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

**No. 52112.**—Asociacion Azucarera Cooperativa Lafayette *v.* United States, petition 6321–R (San Juan).

Opinion by LAWRENCE, J. From an examination of the record the court was satisfied that the entry of the merchandise at a less value than that returned upon final appraisement was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

**No. 52113.**—Central Aguirre Sugar Co. *v.* United States, petition 6355–R (San Juan).

Opinion by LAWRENCE, J. From an examination of the record the court was satisfied that the entry of the merchandise at a less value than that returned upon final appraisement was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

**No. 52114.**—S. Coll Camalez & Co. *v.* United States, petition 6599–R (San Juan).

Opinion by LAWRENCE, J. From an examination of the record the court was satisfied that the entry of the merchandise at a less value than that returned upon final appraisement was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

**No. 52115.**—Cable and Wireless (West Indies), Ltd. *v.* United States, petition 6322–R (San Juan).

Opinion by LAWRENCE, J. Inasmuch as petition was formally abandoned, it was dismissed.

BEFORE THE FIRST DIVISION, JANUARY 15, 1948

**No. 52116.**—Shun Ying Chong & Co. *v.* United States, protest 981968–G (San Francisco).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the items of merchandise marked "A" are similar in all material respects to the articles the subject of *Rolls Razor, Inc.* v. *United States* (6 Cust. Ct. 271, C. D. 480) and Abstract 51306, the claim at 20 percent under paragraph 1558 was sustained.